David W. Duffy
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES for the use and benefit of BLUE TEE CORP., *dba* Brown-Strauss Steel, a Delaware corporation; and BLUE TEE CORP., *dba* Brown-Strauss Steel, individually,<br><br>   Plaintiffs,<br>v.<br><br>ARCTIC SLOPE COMPLIANCE TECHNOLOGIES, INC., an Alaska corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Massachusetts corporation; JPS STEEL, INC. a Montana corporation, and BRIAN BUCKENTIN, a resident of Montana.<br><br>   Defendants. | Case No. 3:10-cv-181[TMB]<br><br>**RULE 41(a)(1) Notice of Voluntary Dismissal With Prejudice of Arctic Slope Compliance Technologies, Inc. and Safeco Insurance Company of America** |

Plaintiff the United States of America, for the use and benefit of Blue Tee Corp., *dba* Brown-Strauss Steel ("Use Plaintiff") and Plaintiff Blue Tee Corp. ("Brown-Strauss") in its own right, provide the following notice of voluntary dismissal of Defendants Arctic Slope Compliance Technologies, Inc. ("ASCT") and Safeco Insurance Company of America ("Safeco") **with prejudice** under Fed.R.Civ.P. 41(a)(1).

Plaintiffs' Rule 41 Notice of Dismissal
*Blue Tee Corp. v. Arctic Slope Compliance Tech., Inc. et al.,* Case No. 3:10-cv-181 [TMB]   Page 1 of 2
12233.0002
Case 3:10-cv-00181-TMB   Document 4   Filed 09/08/10   Page 1 of 2

DATED this 8th day of September, 2010.

OLES MORRISON RINKER & BAKER LLP
Attorneys for Plaintiffs

By: s/David W. Duffy
745 W. 4th Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax: (907) 258-5519
Email: duffy@oles.com
Alaska Bar No. 0605016

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2010, a true and correct copy of the foregoing was
☒ Mailed ☐ Hand-Delivered to:

Michael E. Kreger
Perkins Coie, LLP
1029 W. 3rd Ave., Suite 300
Anchorage, AK 99501

Brian Buckentin, Registered Agent for JPS Steel Inc.
Brian Buckentin, Individually
JPS Steel, Inc.
18 Brookville Lane
Lewiston, Montana 95457

OLES MORRISON RINKER & BAKER LLP

By: s/David W. Duffy

4820-2779-9559, v. 1

Plaintiffs' Rule 41 Notice of Dismissal
*Blue Tee Corp. v. Arctic Slope Compliance Tech., Inc. et al.,* Case No. 3:10-cv-181 [TMB]   Page 2 of 2
12233.0002

Case 3:10-cv-00181-TMB   Document 4   Filed 09/08/10   Page 2 of 2